**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
STEPHEN GANNON, *individually and on behalf of*
*all others similarly situated,*

                Plaintiff,                         22 **CIVIL** 1675(GHW)(JLC)

    -against-                        **JUDGMENT**

YAN PING ASSOCIATION, INC., et al.,

                Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 7, 2023, the Court accepts and adopts the R&R in its entirety. For the reasons articulated in the R&R, Defendants' motion to dismiss Plaintiff's amended complaint is granted without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

     October 10, 2023

                                               **RUBY J. KRAJICK**
                                               _____
                                                 **Clerk of Court**

                                **BY:**

                                                 _____
                                                 **Deputy Clerk**